**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ANTHONY ALEXANDER SALAZAR FAJARDO**      **CASE NO.  3:26-CV-00936 SEC P**
**#A244-224-749**

**VERSUS**                                                             **JUDGE ALEXANDER C. VAN HOOK**

**PAM BONDI ET AL**                                             **MAG. JUDGE KAYLA D. MCCLUSKY**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on March 24, 2026.  Upon review of

the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit the petition for writ of habeas corpus on approved
forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF
PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus <u>on
approved forms</u> that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend

the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300**

**Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN
THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __30th__ day of ___March___, 2026.

_____
Kayla D. McClusky
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241