**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ANTHONY ALEXANDER SALAZAR FAJARDO** | **CIVIL ACTION NO. 26-0936** |
| **VS.** | **SECTION P** |
| | **JUDGE ALEXANDER C. VAN HOOK** |
| **PAM BONDI, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Petitioner Anthony Alexander Salazar Fajardo,[1] a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 4], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of Jackson Parish Correctional Center.

**THE CLERK OF COURT IS FURTHER INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

---

[1] Petitioner's "A Number" is 244-224-749.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 8th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge