**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

ANTHONY ALEXANDER SALAZAR FAJARDO

CIVIL ACTION NO. 26-0936

VERSUS

JUDGE ALEXANDER C. VAN HOOK

PAM BONDI, ET AL.

MAGISTRATE JUDGE McCLUSKY

---

## JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 14, the petitioner's Petition for Writ of Habeas Corpus, Record Document 4, respondent's response to petition, Record Document 11, with no written objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner Anthony Alexander Salazar Fajardo's Fourth Amendment claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that petitioner's remaining claims are **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE